1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America



**SEALED**

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO. 1:16-mj-0005-SAB

12              Plaintiff,              **UNDER SEAL**

13         v.                           ORDER SEALING COMPLAINT

14  GENARO SERRATOCALLES,
    ANTONIO CASTELLANOS,
15  ANTONIO VALENCIA-HERNANDEZ,
    LORENA MARISCAL VELASQUEZ,
16  MELISSA VELASQUEZ,
    NORA LIZBET GARCIA, AND
17  JOSE REYES-PINEDA,
                Defendants.
18

19     The United States having applied to this Court, for a complaint in the above-captioned proceedings

20  and having applied for the complaint to remain under seal in order to prevent the flight of the targets of the

21  investigation,

22     IT IS ORDERED, that the complaint and affidavit in support thereof in the above-entitled matter

23  shall be filed with this Court under seal and not be disclosed pending further order of this court.

24

25  Dated: January 15, 2016

26                                      _____
                                        HONORABLE STANLEY A. BOONE
                                        U.S. MAGISTRATE JUDGE
27

28

    Order Sealing Complaint                    1