BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENARO SERRATO-CALLES,<br>ANTONIO CASTELLANOS,<br>ANTONIO VALENCIA-HERNANDEZ,<br>LORENA MARISCAL VALEASQUEZ,<br>MELISSA VELASQUEZ,<br>NORA LIZBET GARCIA, and<br>JOSE REYES-PINEDA<br><br>Defendants, | CASE NO. 1:16-MJ-00005 SAB<br><br>MOTION AND ORDER [~~PROPOSED~~]<br>TO UNSEAL COMPLAINT |

The Complaint in this case, having been sealed by Order of this Court, and it appears that it no longer needs to remain secret.

The United States of America, by and through Benjamin B. Wagner, United States Attorney, Kathleen A. Servatius, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: January 20, 2016

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

BY: /s/Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GENARO SERRATO-CALLES,<br>ANTONIO CASTELLANOS,<br>ANTONIO VALENCIA-HERNANDEZ,<br>LORENA MARISCAL VALEASQUEZ,<br>MELISSA VELASQUEZ,<br>NORA LIZBET GARCIA, and<br>JOSE REYES-PINEDA<br><br>    Defendants. | CASE NO.  1:16-MJ-00005 SAB<br><br>ORDER TO UNSEAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on January 15, 2016 be unsealed.

DATED: January 20, 2016

/s/ *signature*
_____
BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

2