PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE REYES-PINEDA,<br><br>Defendant. | CASE NO. 1:16-CR-00009-DAD-BAM<br><br>STIPULATION REGARDING MOTIONS *IN LIMINE* SCHEDULE; ORDER<br><br>DATE: September 8, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**BACKGROUND**

This case is set for a jury trial on September 8, 2021. Trial confirmation is currently set for August 23, 2021, along with motions previously filed by a defendant whose case has since been dismissed.

The parties stipulate and agree that the filing of motions *in limine* would assist in identifying potential issues in advance of trial. The parties further stipulate and agree that any motions *in limine* should be filed in accordance with the following schedule:

1. Any motions *in limine* shall be filed on or before August 2, 2021.
2. Any responses shall be filed on or before August 9, 2021.
3. Any optional replies shall be filed on or before August 16, 2021.
4. The hearing on any motions *in limine* shall be on August 23, 2021 at 10 a.m., the date of the trial confirmation hearing.

1

IT IS SO STIPULATED.

Dated: July 6, 2021                                   PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                                     /s/ KAREN A. ESCOBAR
                                                     KAREN A. ESCOBAR
                                                     MELANIE ALSWORTH
                                                     Assistant United States
                                                     Attorneys

Dated: July 7, 2021                                   /s/ NICHOLAS F. REYES
                                                     NICHOLAS F. REYES
                                                     Counsel for Defendant
                                                     GENARO SERRATO-CALLES

Dated: July 7, 2021                                   /s/ E. MARSHALL HODGKINS
                                                     E. MARSHALL HODGKINS
                                                     Counsel for Defendant
                                                     ANTONIO VALENCIA-
                                                     HERNANDEZ

Dated: July 7, 2021                                   /s/ OSCAR RICHARD
                                                     SWINTON, SR.
                                                     OSCAR RICHARD SWINTON,
                                                     SR.
                                                     Counsel for Defendant
                                                     JOSE REYES-PINEDA

**FINDINGS AND ORDER**

IT IS SO ORDERED.

   Dated:  **July 8, 2021**                          _____
                                                     UNITED STATES DISTRICT JUDGE

2