PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENARO SERRATO-CALLES, ANTONIO VALENCIA-HERNANDEZ, AND JOSE REYES-PINEDA,<br><br>Defendant. | CASE NO. 1:16-CR-00009-DAD-BAM<br><br>STIPULATION REGARDING MOTIONS *IN LIMINE* SCHEDULE; ORDER<br><br>DATE: August 23, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## BACKGROUND

This case is set for a jury trial on August 23, 2021. Trial confirmation is currently set for August 23, 2021, along with motions previously filed by a defendant whose case has since been dismissed.

A schedule for the filing of motions *in limine* was previously set by the Court at the request of the parties. The parties now stipulate and agree that any motions *in limine* should be filed in accordance with the following modified schedule to allow the parties to finalize potential plea dispositions:

1. Any motions *in limine* shall be filed on or before August 9, 2021.

2. Any responses shall be filed on or before August 16, 2021.

3. The hearing on any motions *in limine* shall be on August 23, 2021 at 10 a.m., the date of the trial confirmation hearing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 30, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>MELANIE ALSWORTH<br>Assistant United States Attorneys |
| Dated:  July 30, 2021 | /s/ NICHOLAS F. REYES<br>NICHOLAS F. REYES<br>Counsel for Defendant<br>GENARO SERRATO-CALLES |
| Dated:  July 30, 2021 | /s/ E. MARSHALL HODGKINS<br>E. MARSHALL HODGKINS<br>Counsel for Defendant<br>ANTONIO VALENCIA-HERNANDEZ |
| Dated:  July 30, 2021 | /s/ OSCAR RICHARD SWINTON, SR.<br>OSCAR RICHARD SWINTON, SR.<br>Counsel for Defendant<br>JOSE REYES-PINEDA |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **August 3, 2021**                              _____
                                                                                UNITED STATES DISTRICT JUDGE