PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO VALENCIA-HERNANDEZ,<br><br>Defendant. | CASE NO.  1:16-cr-00009-DAD-BAM<br><br><u>STIPULATION REGARDING CONTINUANCE;  ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, November 8, 2021, at 9:00 a.m.

2. Counsel for the defendant has a conflict on that date due to the setting of a multi-defendant state hearing regarding a forensic expert.

3. By this stipulation, the parties now move to continue the matter to Monday, November 15, 2021, at 9:00 a.m.

6. The parties further stipulate to the following revised briefing schedule:

1

| | |
|---|---|
| **Informal Objections Due to Probation and Opposing Counsel** | **October 19, 2021** |
| **[Final] Report Filed with Court and Disclosed to Counsel** | **October 26, 2021** |
| **Formal Objections Filed with Court and Served on Probation and Opposing Counsel** | **November 2, 2021** |
| **Reply, or Statement of Non-Opposition:** | **November 9, 2021** |
| **Judgment and Sentencing Date** | **November 15, 2021** |

IT IS SO STIPULATED.

DATED:   October 1, 2021          Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney

DATED:   October 1, 2021

                                                /s/ E. Marshall Hodgkins, III
                                                E. MARSHALL HODGKINS, III
                                                Counsel for Defendant
                                                Antonio Valencia-Hernandez

**O R D E R**

IT IS SO ORDERED.

   Dated:   **October 1, 2021**          _____
                                                        UNITED STATES DISTRICT JUDGE